UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN MICHAEL CALLAHAN,<br><br>　　　　Defendant. | Case No. CR02-001-JCC<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial appearance on a petition for violation of supervised release in this case was scheduled before me on October 3, 2005. The United States was represented by Assistant United States Attorney Floyd Short, and the defendant by Ms. Carol Koller. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about February 5, 1999, by the Honorable John C. Coughenour, on charges of identification fraud, in violation of 18 U.S.C. §§ 1028(a)(7) and (b)(1)(A)(ii), and received a sentence of 21 months imprisonment, to run consecutively with 6 months imprisonment in prior cases CR98-048C and CR00-068R.

Defendant's supervised release began on November 30, 2003, with conditions imposed including requirements that defendant comply with all local, state, and federal laws, and with the standard conditions of supervision. Other special conditions included financial disclosure, restitution, search, maintaining a single checking account, business records disclosure, asset and liability disclosure, computer inspection, notification of all computer software, no new credit,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

no identification in any other name than his own, and employment restrictions relating to financial information access.

In a Petition for Warrant or Summons dated October 3, 2005, U.S. Probation Officer Brian Facklam alleged the following violation of the conditions of supervised release: incurring new credit charges, opening additional lines of credit, and obtaining a loan without permission beginning in December, 2003, and continuing until June of 2005.

The defendant was advised in full as to those charges and as to his constitutional rights.

The defendant admitted to the violation, and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a disposition hearing on the violation to be held on October 14, 2005, at 9:00 a.m., before The Hon. John C. Coughenour.

Pending a final determination by the Court, defendant has been released subject to the provisions of his supervised release.

DATED this 4th day of October, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:          The Hon. John C. Coughenour
     AUSA:                    Mr. Floyd Short
     Defendant's attorney:    Ms. Carol Koller
     Probation officer:       Mr. Brian Facklam.