UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN CALLAHAN,<br><br>　　　　　Defendant. | CASE NO. CR02-1 JCC<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 30, 2005. The United States was represented by Joanne Maida. The defendant was represented by Brian Tsuchida. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Identification Fraud on or about May 10, 2002. The Hon. John C. Coughenour of this court sentenced Defendant to 21 months consecutive to 6 months of confinement, followed by 3 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//
//

PROPOSED FINDINGS
PAGE -1-

DEFENDANT'S ADMISSION

USPO Steve McNickle for Brian Facklam alleged that Defendant violated the conditions of supervised release in one respect:

(1) Failing to reside at and satisfactorily participate in a community corrections center in violation of special condition 17.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant *admitted* the violation, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. John C. Coughenour.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 1st day of December, 2005.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. John C. Coughenour
    Assistant U.S. Attorney  : Joanne Maida
    Defense Attorney         : Brian Tsuchida
    U. S. Probation Officer  : Steve McNickle

PROPOSED FINDINGS
PAGE -2-